# ELECTRONIC RECORD

COA #   07-13-00268-CR              OFFENSE:  1

STYLE:   Rodolfo Gonzales v. The State of Texas       COUNTY:  Lubbock

COA DISPOSITION:   AFFIRMED        TRIAL COURT:  364th District Court

DATE: 12/04/14          Publish: NO   TC CASE #:   2012-435,536

## IN THE COURT OF CRIMINAL APPEALS

STYLE:   Rodolfo Gonzales v. The State of Texas       CCA #:

____PRO SE____ Petition   CCA Disposition:

FOR DISCRETIONARY REVIEW IN CCA IS:   DATE:

____REFUSED____           JUDGE:

DATE: 04/22/2015          SIGNED: _____   PC: _____

JUDGE: Per Curiam          PUBLISH: _____   DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**